IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GEORGE ARTHUR BUNN
ADC # 112142                                                                                        PLAINTIFF

V.                                  5:06CV00002 SWW/HDY

LARRY NORRIS, Director, Arkansas Department of Correction;
JACOB K. KING; BROWN, Lieutenant, Arkansas Department of Correction;
CHRIS COODY; DALE REED, Warden, Arkansas Department of Correction;
JAMES GIBSON, Hearing Administrator, Arkansas Department of
Correction; and JOHN AND JANE DOES 1-3
                                                                                                      DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE.  Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 17th day of January, 2006.


                                                                /s/Susan Webber Wright

                                                                UNITED STATES DISTRICT JUDGE